**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  7

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

**4/16**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Gem Construction, Inc. |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | DBA  Gem Construction Company |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 36-3812604 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 348 E. Woodlane Court <br> Wood Dale, IL 60191 <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| DuPage <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Gem Construction, Inc.**                              Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
|---|---|---|
| District _____ | When _____ | Case number _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor _____ | | Relationship _____ |
|---|---|---|
| District _____ | When _____ | Case number, if known _____ |

Debtor   Gem Construction, Inc.                                                    Case number (*if known*) _____
       Name

---

**11. Why is the case filed in**
     ***this district?***                    *Check all that apply:*

  ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
      preceding the date of this petition or for a longer part of such 180 days than in any other district.

  ☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or**        ■ No
     **have possession of any**        ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.
     **real property or personal**
     **property that needs**
     **immediate attention?**
                                        **Why does the property need immediate attention?** (*Check all that apply.*)

                                        ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                                           What is the hazard? _____

                                        ☐ It needs to be physically secured or protected from the weather.

                                        ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                                           livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                                        ☐ Other _____

                                        **Where is the property?** _____
                                                                   Number, Street, City, State & ZIP Code

                                        **Is the property insured?**

                                        ☐ No

                                        ☐ Yes.   Insurance agency _____

                                                 Contact name   _____

                                                 Phone          _____

---

■   **Statistical and administrative information**

**13. Debtor's estimation of**        .    *Check one:*
     **available funds**
                                       ☐ Funds will be available for distribution to unsecured creditors.

                                       ■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of**     ■ 1-49                    ☐ 1,000-5,000            ☐ 25,001-50,000
     **creditors**             ☐ 50-99                   ☐ 5001-10,000            ☐ 50,001-100,000
                               ☐ 100-199                 ☐ 10,001-25,000          ☐ More than100,000
                               ☐ 200-999

---

**15. Estimated Assets**       ☐ $0 - $50,000              ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                               ■ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

**16. Estimated liabilities**  ☐ $0 - $50,000              ■ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
                               ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
                               ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
                               ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

---

Debtor    Gem Construction, Inc.
Name _____    Case number (*if known*) _____

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature
of authorized
representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    March 28, 2018
MM / DD / YYYY

**X** /s/ JoAnn Raimondi                         JoAnn Raimondi
Signature of authorized representative of debtor    Printed name

Title    President

---

**18. Signature of attorney**

**X** /s/ Barbara L. Yong                         Date    March 28, 2018
Signature of attorney for debtor                         MM / DD / YYYY

Barbara L. Yong 6184000
Printed name

Golan Christie Taglia LLP
Firm name

70 W. Madison
Suite 1500
Chicago, IL 60602
Number, Street, City, State & ZIP Code

Contact phone    (312) 263-2300        Email address    blyong@gct.law

6184000 IL
Bar number and State

---

**Fill in this information to identify the case:**

Debtor name _____Gem Construction, Inc._____

United States Bankruptcy Court for the: _____NORTHERN DISTRICT OF ILLINOIS_____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____March 28, 2018____    **X** /s/ JoAnn Raimondi _____
                                          Signature of individual signing on behalf of debtor

                                          JoAnn Raimondi _____
                                          Printed name

                                          President _____
                                          Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    Gem Construction, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                          12/15

---

| Part 1: | Summary of Assets |
|---------|-------------------|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*............................................................................    $                 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................................    $          464,118.76

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................................    $          464,118.76

---

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $          301,722.58

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $          260,090.64

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$          846,096.07

4.   Total liabilities ..............................................................................................................................
     Lines 2 + 3a + 3b                                                                                          $        1,407,909.29

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Gem Construction, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Itasca Bank and Trust | Checking | 3201 | $617.14 |
| 3.2. | Itasca Bank and Trust | Checking | 3202 | $9,878.85 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    $10,495.99

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ■ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ☐ No. Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Gem Construction, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | 11a. 90 days old or less: | 238,919.34 | - | 20,630.96 | = .... | $218,288.38 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | 74,624.03 | - | 12,064.64 | = .... | $62,559.39 |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

**12.    Total of Part 3.**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| | $280,847.77 |
|---|---|

## Part 4:    Investments

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

## Part 5:    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.     Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   1987 International Model 4000 Dump Truck | $0.00 | Liquidation | $6,000.00 |
| 47.2.   1992 GMC Topkick Box Van | $0.00 | Liquidation | $3,575.00 |
| 47.3.   1994 Ford Conversion Cab | $0.00 | Liquidation | $4,950.00 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                     Best Case Bankruptcy

Debtor    Gem Construction, Inc.
_____    Case number *(If known)* _____
Name

| | | | |
|---|---|---|---|
| 47.4. | 1994 Dodge 3500<br>(Broken and needs new engine) | $0.00 | Liquidation | $10,500.00 |
| 47.5. | 1998 International Model 4000 Dump Truck | $0.00 | Liquidation | $14,000.00 |
| 47.6. | 1990 International Model 4000 Dump Truck<br>(Broken and needs new engine) | $0.00 | Liquidation | $6,500.00 |
| 47.7. | 2000 Ford F150 | $0.00 | Liquidation | $2,000.00 |
| 47.8. | 2001 Trailerman 15' Equipment Trailer | $0.00 | Liquidation | $1,000.00 |
| 47.9. | 1988 Ford F800 | $0.00 | Liquidation | $6,500.00 |
| 47.10. | 2008 Eager Beaver 22' Equipment Trailer | $0.00 | Liquidation | $5,000.00 |
| 47.11. | 2007 Case Skid Steer Loader and 2007<br>Case Skid Steer | $0.00 | Liquidation | $73,000.00 |
| 47.12. | 2007 Wacker Model 1550 Vibratory Plate<br>Compactor | $0.00 | Liquidation | $750.00 |
| 47.13. | 1988 Ford LT8000 | $0.00 | Liquidation | $3,500.00 |
| 47.14. | 2000 Ford F550 | $0.00 | Liquidation | $12,500.00 |
| 47.15. | 1999 Pace American Trailer<br>(Broken) | $0.00 | Liquidation | $1,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
|---|---|---|---|
| 2002 Miller Model M1000 Curb & Gutter Machine | $0.00 | Liquidation | $15,000.00 |
| 2007 Kent Model KB-555 Hydraulic Breaker | $0.00 | Liquidation | $1,000.00 |
| 2007 Target Model PRO-65 Concrete Saw | $0.00 | Liquidation | $4,500.00 |
| Honda F3400 Walk Behind Gas Saw | $0.00 | Liquidation | $1,500.00 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 3

| Debtor | Gem Construction, Inc. | Case number *(If known)* _____ |
| --- | --- | --- |
| | Name | |

**51.** **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| $172,775.00 |
| --- |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No

☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 9: | **Real property** |
| --- | --- |

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

■ Yes Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 55.1. Leased vacant lot at 113 Brookwood, Bensenville, Illinois as an empty lot used for parking of vehicles and equipment. | Lease | Unknown | | Unknown |

**56.** **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| $0.00 |
| --- |

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No

☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 10: | **Intangibles and intellectual property** |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |

**60.** **Patents, copyrights, trademarks, and trade secrets**

**61.** **Internet domain names and websites**

| Debtor | Gem Construction, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**62.     Licenses, franchises, and royalties**

**63.     Customer lists, mailing lists, or other compilations**
Customer Mailing Lists                              $0.00    N/A                              $0.00

**64.     Other intangibles, or intellectual property**

**65.     Goodwill**

**66.     Total of Part 10.**                              $0.00

Add lines 60 through 65. Copy the total to line 89.

**67.     Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.     Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.     Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:     All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**71.     Notes receivable**
Description (include name of obligor)

**72.     Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.     Interests in insurance policies or annuities**
Liberty Mutual Insurance General Liability/Equipment
Floater, Business Automobile, Workers Compensation and
Umbrella Policies                                                                          $0.00

**74.     Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.     Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.     Trusts, equitable or future interests in property**

**77.     Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.     Total of Part 11.**                              $0.00

Add lines 71 through 77. Copy the total to line 90.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

| Debtor | Gem Construction, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    Gem Construction, Inc.                                    Case number *(If known)*
_____
Name

---

## Part 12:    Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $10,495.99 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $280,847.77 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $172,775.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $464,118.76 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $464,118.76 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Gem Construction, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| **2.1** American Chartered Bank | | |
|---|---|---|
| Creditor's Name | Describe debtor's property that is subject to a lien | Unknown / Unknown |

| **2.1** American Chartered Bank |
|---|
| Creditor's Name |
| c/o CT Lien Solutions |
| PO Box 29071 |
| Glendale, CA 91209 |
| Creditor's mailing address |

**Describe debtor's property that is subject to a lien**
Secured by all assets

Column A **Amount of claim**: Unknown
Column B **Value of collateral**: Unknown

**Describe the lien**
Commercial Security Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☑ Unliquidated
☐ Disputed

---

| **2.2** CNH Industrial Capital America LLC |
|---|
| Creditor's Name |
| PO Box 3600 |
| Lancaster, PA 17604 |
| Creditor's mailing address |

**Describe debtor's property that is subject to a lien**
2007 Case Skid Steer Loader and 2007 Case Skid Steer

Column A **Amount of claim**: $81,198.00
Column B **Value of collateral**: $73,000.00

**Describe the lien**
Commercial Security Agreement
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
07/24/2017
**Last 4 digits of account number**
9092

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Debtor    **Gem Construction, Inc.**
_____
Name

Case number *(if know)* _____

■ No
□ Contingent
□ Yes. Specify each creditor,    ■ Unliquidated
including this creditor and its    □ Disputed
relative
priority.

---

| 2.3 | **Department of the Treasury** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name

**Tax Lien**

Internal Revenue Service
Cincinnati, OH 45999

Creditor's mailing address

**Describe the lien**
Federal Tax Lien

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known
□ Yes

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
■ No
□ Contingent
□ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
□ Disputed

---

| 2.4 | **Illinois Dept. Employment Security** | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |

Creditor's Name

**Tax Lien**

PO Box 19300
Springfield, IL 62794

Creditor's mailing address

**Describe the lien**
Tax Lien

**Is the creditor an insider or related party?**
■ No
Creditor's email address, if known
□ Yes

**Is anyone else liable on this claim?**
■ No
**Date debt was incurred**
□ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
**As of the petition filing date, the claim is:**
Check all that apply
■ No
□ Contingent
□ Yes. Specify each creditor, including this creditor and its relative priority.
□ Unliquidated
□ Disputed

---

| 2.5 | **Itasca Bank & Trust Company** | **Describe debtor's property that is subject to a lien** | $127,291.91 | $99,775.00 |

Creditor's Name

**Secured by vehicles, trailers and machinery**

308 West Irving Park Road
Itasca, IL 60143

Creditor's mailing address

**Describe the lien**
Commercial Security Agreement

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Gem Construction, Inc.**                                                    Case number (if know) _____
          Name

Creditor's email address, if known
_____

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Date debt was incurred**
06/07/2017

**Is anyone else liable on this claim?**

■ No

**Last 4 digits of account number**
3259

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

■ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.6 | Itasca Bank & Trust Company | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Secured by equipment and accounts receivable

$93,232.67     $318,338.93

308 West Irving Park Road
Itasca, IL 60143

Creditor's mailing address

**Describe the lien**
Commercial Line of Credit

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known
_____

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
3258

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

■ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.7 | Itasca Bank & Trust Company | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
Notice Only

Unknown     Unknown

c/o Regas Frezados & Dallas LLP
20 N. Clark Street, Suite 1103
Chicago, IL 60602

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known
_____

☐ Yes

**Is anyone else liable on this claim?**

■ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Gem Construction, Inc. | | Case number (if know) | |
|---|---|---|---|---|
| | Name | | | |

☐ No

☐ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated

☐ Disputed

---

| 2.8 | McCann Industries, Inc. | **Describe debtor's property that is subject to a lien** | Unknown | Unknown |
|---|---|---|---|---|

Creditor's Name

c/o Nigro Westfall & Gryska,
P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139

Creditor's mailing address

All accounts receivable, accounts, contract
rights, chattel paper, equipment, inventory, and
all proceeds of the foregoing collateral

**Describe the lien**

Commercial Security Agreement

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ Unliquidated

☐ Disputed

**Do multiple creditors have an
interest in the same property?**

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

3.   **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $301,722.58

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __Gem Construction, Inc.__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address <br><br>Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $49,347.04 | $49,347.04 |
| | Date or dates debt was incurred | Basis for the claim:<br>2017 4th Quarter Federal Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br><br>Illinois Department of Revenue<br>Bankruptcy Section<br>PO Box 64338<br>Chicago, IL 60664 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown | $0.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>2017 4th Quarter Payroll Taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

| Debtor | Gem Construction, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**2.3** Priority creditor's name and mailing address

Illinois Dept. Employment Security
PO Box 19300
Springfield, IL 62794

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    $0.00

Date or dates debt was incurred

Basis for the claim:
2017 4th Quarter Unemployment Taxes

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

Laborers' Pension Fund
c/o Office of Fund Counsel
111 W. Jackson Blvd, Suite 1415
Chicago, IL 60604

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

$210,743.60    $210,743.60

Date or dates debt was incurred

Basis for the claim:
2017 cv 07385

Judgment Order for Union Dues

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** Nonpriority creditor's name and mailing address

Albert Panzeca
881 W Lake Street
Addison, IL 60101

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Accounting Services

Is the claim subject to offset? ■ No  ☐ Yes

$4,050.00

---

**3.2** Nonpriority creditor's name and mailing address

American Express
PO Box 297879
Fort Lauderdale, FL 33329

**Date(s) debt was incurred** _

**Last 4 digits of account number**  2000

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Claim

Is the claim subject to offset? ■ No  ☐ Yes

$8,675.30

---

**3.3** Nonpriority creditor's name and mailing address

Cement Masons Union Local 502
739 S. 25th Avenue
Bellwood, IL 60104

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Vendor Claim

Is the claim subject to offset? ■ No  ☐ Yes

$83,347.29

---

| Debtor | Gem Construction, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,305.20 |
|---|---|---|---|
| | Chase<br>Cardmember Service<br>PO Box 1423<br>Charlotte, NC 28201 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** 1818 | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,854.50 |
|---|---|---|---|
| | CNH Industrial Capital America<br>PO Box 3600<br>Lancaster, PA 17604-3600 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,645.94 |
|---|---|---|---|
| | Commercial Tire Service - MP<br>1105 N. 30th Avenue<br>Melrose Park, IL 60160 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,394.00 |
|---|---|---|---|
| | Construction & Geotechnical Materia<br>60 Martin Lane<br>Elk Grove Village, 83 60007 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,299.00 |
|---|---|---|---|
| | Earth Inc.<br>810 N. Arlington Heights Road<br>Suite 1<br>Itasca, IL 60143 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☐ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,758.87 |
|---|---|---|---|
| | Elmhurst Stone Chicago Company<br>P.O. Box 57<br>Elmhurst, IL 60126-0057 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** 3567 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,301.21 |
|---|---|---|---|
| | ExxonMobil<br>PO Box 78001<br>Phoenix, AZ 85062 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** 3759 | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Gem Construction, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,472.74**

Fox Valley & Vicinity Construction
c/o Baum Sigman Auerbach & Neuman
200 W. Adams Street, Suite 2200
Chicago, IL 60606

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:** 18 C 1854

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$708.10**

Home Depot Credit Services
PO Box 78011
Phoenix, AZ 85062

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor Claim

Last 4 digits of account number  4198

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,693.66**

JoAnn Raimondi
348 Woodale Court
Wood Dale, IL 60191

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** May 2017 Note Payable

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$417,000.00**

K-Five Construction Corporation
13769 Main Street
Lemont, IL 60439

☐ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred  01/08/2016

**Basis for the claim:** Vendor Claim

Last 4 digits of account number  5101

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Liberty Mutual Insurance
c/o Rosenthal Brothers Insurance
740 Waukegan Road, PO Box 700
Deerfield, IL 60015

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Liberty Mutual Insurance
PO Box 2051
Keene, NH 03431

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Notice Only

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,619.83**

Local 76
11465 Cermak Road
Westchester, IL 60154

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Vendor Claim

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Gem Construction, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $155,796.11 |
|---|---|---|---|
| | Local 76/96 | ☐ Contingent | |
| | 999 McClintock Drive | ☐ Unliquidated | |
| | Suite 300 | ☐ Disputed | |
| | Burr Ridge, IL 60527 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $150.00 |
|---|---|---|---|
| | Lucas & Apostolopoulos Ltd | ☐ Contingent | |
| | 881 W Lake Street | ☐ Unliquidated | |
| | Addison, IL 60101 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $10,279.20 |
|---|---|---|---|
| | McCann Industries, Inc. | ☐ Contingent | |
| | c/o Nigro Westfall & Gryska, P.C. | ☐ Unliquidated | |
| | 1793 Bloomingdale Road | ■ Disputed | |
| | Glendale Heights, IL 60139 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | 2018 AR 193 | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,332.00 |
|---|---|---|---|
| | Ozinga Ready Mix Concrete, Inc. | ☐ Contingent | |
| | 19001 Old LaGrange Road | ☐ Unliquidated | |
| | Suite 300 | ☐ Disputed | |
| | Mokena, IL 60448 | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** 6812 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $12,416.63 |
|---|---|---|---|
| | RKD Construction Supplies & Equipme | ☐ Contingent | |
| | 11633 W. Grand Avenue | ☐ Unliquidated | |
| | Northlake, IL 60164-1302 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $9,011.01 |
|---|---|---|---|
| | SuperFleet MasterCard | ☐ Contingent | |
| | PO Box 70995 | ☐ Unliquidated | |
| | Charlotte, NC 28272 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** U709 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $19,703.00 |
|---|---|---|---|
| | Thornton Equipment Services, Inc. | ☐ Contingent | |
| | 12515 W. Frontage Road | ☐ Unliquidated | |
| | Mokena, IL 60448 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Vendor Claim | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Gem Construction, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,581.25 |
|---|---|---|---|

Velasco Enterprises Inc.
168 W. Irving Park Road, Suite 103
Wood Dale, IL 60191

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: <u>Vendor Claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,839.00 |
|---|---|---|---|

Village of Bensenville
c/o Bond, Dickson & Associates
400 S. Knoll Street, Unit C
Wheaton, IL 60187

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: <u>Memorandum of Judgment</u>
<u>2011 CH 3692</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,279.46 |
|---|---|---|---|

Wentworth Tire Service
c/o Altus Global Trade Solutions
2400 Veterans Memorial Blvd Ste 300
Kenner, LA 70062

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: <u>Vendor Claim</u>

**Last 4 digits of account number** _3262_

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,582.77 |
|---|---|---|---|

Wright Concrete Recycling Inc.
PO Box 85
Mokena, IL 60448

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: <u>Vendor Claim</u>

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Catherine Wenskus<br>c/o Office of Fund Counsel<br>111 W. Jackson Blvd, Suite 1415<br>Chicago, IL 60604 | Line _2.4_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | K-Five Construction Group<br>999 Oakmont Plaza Drive<br>Suite 200<br>Westmont, IL 60559 | Line _3.14_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | The Chicago Laborers' District Fund<br>c/o Office of Fund Counsel<br>111 W. Jackson Blvd, Suite 1415<br>Chicago, IL 60604 | Line _2.4_<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ 260,090.64 |

| Debtor | Gem Construction, Inc. | Case number (if known) | |
|--------|------------------------|-------------------------|---|
| | Name | | |

**5b. Total claims from Part 2**                                    5b.  +  $                     846,096.07

**5c. Total of Parts 1 and 2**
    Lines 5a + 5b = 5c.                                      5c.      $                   1,106,186.71

**Fill in this information to identify the case:**

Debtor name    Gem Construction, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
   (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    Lease of skidsteers | |
|      State the term remaining    54 months | CNH Industrial Capital America LLC |
|      List the contract number of any government contract | PO Box 3600 Lancaster, PA 17604 |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    Month-to-month rental agreement for empty lot/vacant land used for parking of vehicles and equipment at 113 Brookwood, Bensenville, IL for $770.00 per month. | |
|      State the term remaining | Vincent and JoAnnRaimondi |
|      List the contract number of any government contract | 348 Woodale Court Wood Dale, IL 60191 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name    Gem Construction, Inc.

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)    _____

☐ Check if this is an
     amended filing

## Official Form 206H
## Schedule H: Your Codebtors            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | JoAnn Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | K-Five Construction Corporation | ☐ D _____<br>■ E/F __3.14__<br>☐ G _____ |
| 2.2 | JoAnn Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | Chase | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.3 | JoAnn Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | American Express | ☐ D _____<br>■ E/F __3.2__<br>☐ G _____ |
| 2.4 | JoAnn Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | Home Depot Credit Services | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.5 | JoAnn Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | ExxonMobil | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |

| Debtor | Gem Construction, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|

**■ Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | JoAnn Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | SuperFleet<br>MasterCard | ☐ D _____<br>■ E/F ___3.23___<br>☐ G _____ |
| 2.7 | JoAnn Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | McCann Industries,<br>Inc. | ☐ D _____<br>■ E/F ___3.20___<br>☐ G _____ |
| 2.8 | JoAnn Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | Village of Bensenville | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |
| 2.9 | Vincent Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | K-Five Construction<br>Corporation | ☐ D _____<br>■ E/F ___3.14___<br>☐ G _____ |
| 2.10 | Vincent Raimondi | 348 Woodale Court<br>Wood Dale, IL 60191 | Village of Bensenville | ☐ D _____<br>■ E/F ___3.26___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name      Gem Construction, Inc.

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      **04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages,
write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date: From  1/01/2018 to Filing Date | ■ Operating a business ☐ Other _____ | $17,046.96 |
   | For prior year: From  1/01/2017 to 12/31/2017 | ■ Operating a business ☐ Other _____ | $2,231,625.00 |
   | For year before that: From  1/01/2016 to 12/31/2016 | ■ Operating a business ☐ Other _____ | $2,585,076.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   |---|---|---|---|

---

Debtor   **Gem Construction, Inc.** _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Sexton Properties LLC<br>49 Sherwood Terrace<br>Suite A<br>Lake Bluff, IL 60044 | 2/13/2018 | $9,976.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. JoAnn and Vincent Raimondi<br>348 Woodale Court<br>Wood Dale, IL 60191<br>President | February 2017 - February 2018 | $9,240.00 | Rent for vacant lot |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Eric Fernandez v. Gem Construction<br>2016 SR 045 | Breach of Contract | Clerk of the Circuit Court DuPage County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. Laborers' Pension Fund, et al. v. Gem Construction, Inc. dba Gem Construction Co.<br>17 cv 07385 | E.R.I.S.A. Employee Benefits | US District Court for the N.D. Illinois | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    Gem Construction, Inc.                                                    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.3. McCann Industries Inc. v. Gem Construction, Inc., et al.<br>2018 AR 193 | Arbitration | Circuit Court of DuPage County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. Fox Valley & Vicinity Construction Workers Welfare Fund, et al. v. Gem Construction Co.<br>18 cv 01854 | ERISA | NDIL District Court | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

<br>

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **Gem Construction, Inc.**    Case number *(if known)* _____

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. Golan Christie Taglia LLP 70 W. Madison Street Suite 1500 Chicago, IL 60602 | | February 2018 | $4,665.00 |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor    **Gem Construction, Inc.**                                      Case number *(if known)* _____

16. **Does the debtor collect and retain personally identifiable information of customers?**

    ■ No.
    ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

    ■ No. Go to Part 10.
    ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

    ■ None

    | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
    |---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    |---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ☐ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    |---|---|---|---|
    | K-Five<br>550 IL-83<br>Elmhurst, IL 60126 | Gem Construction/JoAnn Raimondi<br>348 E. Woodlane Court<br>Wood Dale, IL 60191 | All machines listed in Schedule B | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

Debtor   **Gem Construction, Inc.**                                              Case number *(if known)* _____

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   Albert Panzeca<br>      881 W Lake Street<br>      Addison, IL 60101 | 2013 - Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor    Gem Construction, Inc.                                    Case number *(if known)* _____

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    Albert Panzeca 881 W Lake Street Addison, IL 60101 | 2013 - Present |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Albert Panzeca 881 W Lake Street Addison, IL 60101 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    K-Five Construction Group 999 Oakmont Plaza Drive Suite 200 Westmont, IL 60559 |
| 26d.2.    Itasca Bank 308 West Irving Park Road Itasca, IL 60143 |
| 26d.3.    CNH Industrial Capital America LLC PO Box 3600 Lancaster, PA 17604 |

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ■ No
   ☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| JoAnn Raimondi | 348 Woodale Court Wood Dale, IL 60191 | President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor   **Gem Construction, Inc.**                                      Case number *(if known)*  _____

loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | JoAnn Raimondi<br>348 Woodale Court<br>Wood Dale, IL 60191 | $7,479.09 | February 2017 - February 2018 | Payments made directly to American Chartered Bank for mortgage. |
| | **Relationship to debtor**<br>President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| Laborers' Pension Fund, Laborers' Welfare Fund of the Health and Welfare Department of the Construction and General Laborers' District Council of Chicago and Vicinity, Chicago Laborers' District Council Retiree Health and Welfare Fund | **EIN:**   36-3812604 |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __March 28, 2018__

/s/ JoAnn Raimondi _____        JoAnn Raimondi _____
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor   __President__ _____

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207)** attached?

■ No

☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gem Construction, Inc. _____    Case No. _____
                                         Debtor(s)           Chapter    7

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept _____    $ _____4,665.00

   Prior to the filing of this statement I have received _____    $ _____4,665.00

   Balance Due _____    $ _____0.00

2. $ __335.00__ of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor      ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

March 28, 2018 _____          /s/ Barbara L. Yong
*Date*                                          Barbara L. Yong 6184000
                                                *Signature of Attorney*
                                                Golan Christie Taglia LLP
                                                70 W. Madison
                                                Suite 1500
                                                Chicago, IL 60602
                                                (312) 263-2300   Fax: (312) 263-0939
                                                blyong@gct.law
                                                *Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    Gem Construction, Inc.                  Case No. _____

                                  Debtor(s)       Chapter    7 _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                 41

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    March 28, 2018            /s/ JoAnn Raimondi _____

                                         JoAnn Raimondi/President
                                         Signer/Title

Albert Panzeca
881 W Lake Street
Addison, IL 60101


American Chartered Bank
c/o CT Lien Solutions
PO Box 29071
Glendale, CA 91209


American Express
PO Box 297879
Fort Lauderdale, FL 33329


Catherine Wenskus
c/o Office of Fund Counsel
111 W. Jackson Blvd, Suite 1415
Chicago, IL 60604


Cement Masons Union Local 502
739 S. 25th Avenue
Bellwood, IL 60104


Chase
Cardmember Service
PO Box 1423
Charlotte, NC 28201


CNH Industrial Capital America
PO Box 3600
Lancaster, PA 17604-3600


CNH Industrial Capital America LLC
PO Box 3600
Lancaster, PA 17604


Commercial Tire Service - MP
1105 N. 30th Avenue
Melrose Park, IL 60160


Construction & Geotechnical Materia
60 Martin Lane
Elk Grove Village, 83 60007

Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Earth Inc.
810 N. Arlington Heights Road
Suite 1
Itasca, IL 60143


Elmhurst Stone Chicago Company
P.O. Box 57
Elmhurst, IL 60126-0057


ExxonMobil
PO Box 78001
Phoenix, AZ 85062


Fox Valley & Vicinity Construction
c/o Baum Sigman Auerbach & Neuman
200 W. Adams Street, Suite 2200
Chicago, IL 60606


Home Depot Credit Services
PO Box 78011
Phoenix, AZ 85062


Illinois Department of Revenue
Bankruptcy Section
PO Box 64338
Chicago, IL 60664


Illinois Dept. Employment Security
PO Box 19300
Springfield, IL 62794


Itasca Bank & Trust Company
308 West Irving Park Road
Itasca, IL 60143


Itasca Bank & Trust Company
c/o Regas Frezados & Dallas LLP
20 N. Clark Street, Suite 1103
Chicago, IL 60602

JoAnn Raimondi
348 Woodale Court
Wood Dale, IL 60191


K-Five Construction Corporation
13769 Main Street
Lemont, IL 60439


K-Five Construction Group
999 Oakmont Plaza Drive
Suite 200
Westmont, IL 60559


Laborers' Pension Fund
c/o Office of Fund Counsel
111 W. Jackson Blvd, Suite 1415
Chicago, IL 60604


Liberty Mutual Insurance
c/o Rosenthal Brothers Insurance
740 Waukegan Road, PO Box 700
Deerfield, IL 60015


Liberty Mutual Insurance
PO Box 2051
Keene, NH 03431


Local 76
11465 Cermak Road
Westchester, IL 60154


Local 76/96
999 McClintock Drive
Suite 300
Burr Ridge, IL 60527


Lucas & Apostolopoulos Ltd
881 W Lake Street
Addison, IL 60101


McCann Industries, Inc.
c/o Nigro Westfall & Gryska, P.C.
1793 Bloomingdale Road
Glendale Heights, IL 60139

Ozinga Ready Mix Concrete, Inc.
19001 Old LaGrange Road
Suite 300
Mokena, IL 60448


RKD Construction Supplies & Equipme
11633 W. Grand Avenue
Northlake, IL 60164-1302


SuperFleet MasterCard
PO Box 70995
Charlotte, NC 28272


The Chicago Laborers' District Fund
c/o Office of Fund Counsel
111 W. Jackson Blvd, Suite 1415
Chicago, IL 60604


Thornton Equipment Services, Inc.
12515 W. Frontage Road
Mokena, IL 60448


Velasco Enterprises Inc.
168 W. Irving Park Road, Suite 103
Wood Dale, IL 60191


Village of Bensenville
c/o Bond, Dickson & Associates
400 S. Knoll Street, Unit C
Wheaton, IL 60187


Vincent and JoAnnRaimondi
348 Woodale Court
Wood Dale, IL 60191


Vincent Raimondi
348 Woodale Court
Wood Dale, IL 60191


Wentworth Tire Service
c/o Altus Global Trade Solutions
2400 Veterans Memorial Blvd Ste 300
Kenner, LA 70062

Wright Concrete Recycling Inc.
PO Box 85
Mokena, IL 60448

# United States Bankruptcy Court
## Northern District of Illinois

In re   Gem Construction, Inc.

Debtor(s)

Case No.

Chapter   7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Gem Construction, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

March 28, 2018

Date

/s/ Barbara L. Yong

Barbara L. Yong 6184000

Signature of Attorney or Litigant

Counsel for   Gem Construction, Inc.

Golan Christie Taglia LLP

70 W. Madison
Suite 1500
Chicago, IL 60602
(312) 263-2300 Fax:(312) 263-0939
blyong@gct.law

## ACTION BY CONSENT
## OF THE SOLE SHAREHOLDER OF
## GEM CONSTRUCTION, INC.

The undersigned, being the sole shareholder of **GEM CONSTRUCTION, INC.**, an Illinois corporation, having not less than the minimum number of votes that would be necessary to authorize or to take action at which all shareholders entitled to vote would be present, states as follows:

A.      That five (5) day prior written notice of this action by consent has been waived by the sole shareholder entitled to vote; and

B.      That GEM CONSTRUCTION, INC. is facing a fiscal crisis resulting from economic pressures:

The undersigned hereby agrees that GEM CONSTRUCTION, INC. shall file a petition for relief under Chapter 7 of the United States Bankruptcy Code; that JoAnn Raimondi shall have authority to sign any and all documents relating thereto.

RESOLVED that:

A.      GEM CONSTRUCTION, INC. shall file a petition for relief under Chapter 7 of the United States Bankruptcy Code; and

B.      JoAnn Raimondi, in her capacity as President, is hereby given authority to sign any and all documents relating to the filing of a Chapter 7.

Dated this _19th_ day of February, 2018.

GEM CONSTRUCTION, INC.

By: JoAnn Raimondi
    Sole Shareholder